DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTOPHER RENGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER RENGA,<br><br>　　　　　Defendant. | NO. 1:08-cr-00270 AWI<br><br>STIPULATION FOR MODIFICATION OF RELEASE AND [PROPOSED] ORDER<br><br>Judge: Dennis L. Beck |

### STIPULATION FOR MODIFICATION OF RELEASE CONDITIONS FOR TREATMENT

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that the conditions of release in the above-captioned case be modified to include the following condition:

The defendant shall participate in a program of medical or psychiatric treatment and pay for costs as approved by the Pretrial Services Officer. All other terms and conditions of release previously imposed by the Court remain in full force and effect.

Pretrial Services has no objection to the added condition.

///
///
///
///

| | |
|---|---|
| Dated: October 28, 2008 | McGREGOR M. SCOTT<br>United States Attorney |
| | By:   /s/ David L. Gappa<br>DAVID L. GAPPA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| Dated:  October 28, 2008 | DANIEL J. BRODERICK<br>Federal Defender |
| | By:   /s/ Melody M. Walcott<br>Melody M. Walcott<br>Assistant Federal Defender<br>Attorney for Defendant<br>CHRISTOPHER RENGA |

**ORDER**

IT IS SO ORDERED.

**Dated:   October 29, 2008**           **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

Stipulation for Modification of Release           2