DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTOPHER RENGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-CR-00270 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | Date: March 16, 2009 |
| CHRISTOPHER RENGA, | Time: 9:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for February 17, 2009, **may be continued to March 16, 2009 at 9:00 a.m.**

Time is excluded from January 20, 2009 to March 16, 2009. Continuation of this matter is sought for further defense preparation and plea negotiations. AUSA David Gappa has no objection.

///
///
///
///
///
///

1  The continuance for further plea negotiations is in the interest of justice and will allow the case to
2  proceed.  Defense requests time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

3

4                                      McGREGOR M. SCOTT
                                       United States Attorney
5

6  DATED: February 6, 2009         By  /s/ David Gappa
                                       DAVID GAPPA
7                                      Assistant United States Attorney
                                       Attorney for Plaintiff
8

9
                                       DANIEL J. BRODERICK
10                                     Federal Defender

11
   DATED: February 6, 2009         By  /s/ Melody M. Walcott
12                                     MELODY M. WALCOTT
                                       Assistant Federal Defender
13                                     Attorney for Defendant
                                       CHRISTOPHER RENGA
14

15

16
                                      **ORDER**
17
       **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).
18

19
   IT IS SO ORDERED.
20
   **Dated:   February 6, 2009**              /s/ Anthony W. Ishii
21                                     CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28